THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRADLEY GILMAN,<br><br>    Plaintiff,<br><br>  v.<br><br>ER SOLUTIONS, INC.,<br><br>    Defendant. | CASE NO. C11-0806-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to the stipulation of the parties (Dkt. No. 69), the Court orders that the briefing schedule for Plaintiff's motion for class certification be modified as follows:

 Plaintiff's motion for class certification:      January 4, 2013

 Defendant's opposition to motion for class certification:  February 4, 2013

 Plaintiff's reply in support of motion for class certification: March 4, 2013 or 30 days after Defendant files its opposition, whichever is earlier.

The parties shall submit a joint status report with a proposed case management schedule within 10 days of the Court's ruling on Plaintiff's motion for class certification.

//

1    DATED this 19th day of April 2012.

William M. McCool
Clerk of Court

s/Tim Farrell
Deputy Clerk