HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRADLEY GILMAN and NICOLE NEWMAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ER SOLUTIONS, INC., a Washington corporation,<br><br>Defendant. | No. 2:11-cv-00806 JCC<br><br>**ORDER** |

This matter comes before the Court on Plaintiffs' notice of voluntary dismissal. The above-captioned lawsuit shall be dismissed with prejudice as to Plaintiffs Bradley Gilman and Nicole Newman's individual claims and without prejudice as to the potential claims of any absent putative class members.

Dated this 10th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE

ORDER    - 1 -